1  James Hunt Miller (St.BarCal. # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610

3   Telephone: (510) 451-2132
    Facsimile:  (510) 451-0824
4   E-mail:     jim_miller0@yahoo.com

5  Attorney for Plaintiff

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR
   THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 Jesse Gonzales,                     )
                                       )
12         Plaintiff,                  )   Civil No. 1:10-CV-00657-SKO
                                       )
13      vs.                            )   PLAINTIFF'S UNOPPOSED
                                       )   MOTION FOR EXTENSION
14 COMMISSIONER OF THE                 )   AND ORDER
   SOCIAL SECURITY                     )
15 ADMINISTRATION,                     )
                                       )
16         Defendant.                  )
   _____ )
17

18      Plaintiff hereby requests additional time in which to provide to Defendant the

19 not-to-be-filed letter about possible remand and settlement, in order to collect,

20 evaluate, and possibly present to Defendant additional information about Plaintiff's

21 work and earnings record.

22      Plaintiff requests an additional fourteen days in which to prepare the non-filed

23 letter, which would push back the rest of the briefing schedule by the same amount

24 of time.  This would make Plaintiff's letter due by no later than October 11, 2010 and

25 Defendant's (non-filed) response due no more than 35 days later, or no later than

26 November 15, 2010.  At Plaintiff's request, Defendant's counsel has stated that

27 Defendant would stand unopposed to this motion.

28

1 | Dated: September 27, 2010 /s/ James Miller
2 | James Hunt Miller
  | Attorney for Plaintiff

### **ORDER**

Upon the Court's consideration of Plaintiff's unopposed motion, IT IS ORDERED that Plaintiff shall have a fourteen-day extension, or until **October 11, 2010**, in which to provide Defendant with a letter about possible remand. All dates in the Court's scheduling order are modified accordingly. Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated: October 4, 2010** /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE