1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT FOR
         THE EASTERN DISTRICT OF CALIFORNIA
9
10

11  Jesse Gonzales,                          )
                                             )
12       Appellant,                          )    Civil No. 1:10-CV-00657-SKO
                                             )
13       vs.                                 )    APPELLANT'S UNOPPOSED
                                             )    MOTION FOR EXTENSION
14  COMMISSIONER OF THE                      )    AND ORDER
    SOCIAL SECURITY                          )
15  ADMINISTRATION,                          )
                                             )
16       Respondent.                         )
    _____            )
17

18       Appellant requests a 30-day extension of time, from December 16, 2010 to January 15, 2011,

19  in which to comply with the Scheduling Order and file Appellant's opening brief. This would make

20  Respondent's responsive brief due on a conditional date no later than February 21, 2011, and

21  Appellant's reply brief due on a conditional date no later than March 8, 2011.

22       At Appellant's request, Respondent's counsel Ms. Alexander stated Respondent would not

23  oppose this request.

24  December 16, 2010                         /s/ *James Hunt Miller*
                                              James Hunt Miller
25                                            Attorney for Plaintiff

26
27
28

**ORDER**

Upon the Court's consideration of Plaintiff's unopposed motion, IT IS ORDERED that Plaintiff shall file his opening brief **by no later than January 15, 2011**. All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated:   December 17, 2010            /s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE